IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of: | MC-23-014-M-KLD |
| 7401 U.S. HIGHWAY 2 EAST, COLUMBIA FALLS, MONTANA | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a list of the activities performed - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 24th day of October, 2023.

_____
Honorable Kathleen L. Desoto
Magistrate Judge